IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| AUTUMN DAVIS and ALICIA DAVIS, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:24-CV-273-MJT-CLS |
| | § | |
| RANDY SHELTON, | § | |
| | § | |
| *Defendant*. | § | |
| | § | |

**ORDER ADOPTING THE REPORT AND
<u>RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE [DKT. 27]</u>**

Plaintiffs Autumn Davis and Alicia Davis brought this suit against Defendant the Honorable Randy Shelton alleging an array of federal law violations arising from a Texas state child custody proceeding. [Dkt 1]. The District Court referred this case to the Honorable Christine L. Stetson, United States Magistrate Judge, to conduct all pretrial proceedings, to enter findings of fact and recommend disposition on case-dispositive matters, and to determine non-dispositive matters. *See* 28 U.S.C. § 636(b)(1); E.D. TEX. LOC. R. CV-72. Before Judge Stetson was Defendant's Motion to Dismiss [Dkt. 4] and Plaintiffs' three Motions for Immediate Order/Injunctive Relief [Dkts. 9, 14, 19]. On October 3, 2024, Judge Stetson issued a Report and Recommendation [Dkt. 27] advising the Court to grant Defendant's Motion to Dismiss [Dkt. 4] and dismiss as moot Plaintiffs' three Motions for Immediate Order/Injunctive Relief [Dkts. 9, 14, 19].

The Court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings, and all available evidence. After careful review, the Court finds that the findings of fact and conclusions of law of

the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge [Dkt. 27] is ADOPTED.   Defendant the Honorable Randy Shelton's Motion to Dismiss [Dkt. 4] is GRANTED and Plaintiffs Autumn Davis's and Alicia Davis's three Motions for Immediate Order/Injunctive Relief  [Dkts. 9, 14, 19] are DISMISSED as moot.

**SIGNED this 4th day of November, 2024.**

Michael J. Truncale
United States District Judge